FILED
December 20, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>        Plaintiff,              )<br>v.                              )<br>                                )<br>PARMINDER SINGH                 )<br>                                )<br>        Defendant.              )  | Case No. 2:17-CR-00210-GEB-4<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>PARMINDER SINGH</u>, Case No. <u>2:17-CR-00210-GEB-1</u>, Charge <u>18 USC §§ 371, 2, 1028(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_\_ Release on Personal Recognizance

- ✔ Bail Posted in the Sum of $ <u>25,000.00</u>

  - ✔ Unsecured Appearance Bond

  - \_\_ Appearance Bond with 10% Deposit

  - \_\_ Appearance Bond with Surety

  - \_\_ Corporate Surety Bail Bond

- ✔ (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 20, 2017</u> at <u>3:30</u> pm.

By *(signature)*
Deborah Barnes
United States Magistrate Judge