KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for PARMINDER SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:17-CR-0210MCE |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING |
| ) | PRETRIAL RELEASE |
| v. ) | SUPERVISION; |
| ) | [~~PROPOSED~~] FINDINGS AND |
| ) | ORDER |
| PARMINDER SINGH ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Judge: Hon. Edmund F. Brennan |

## STIPULATION

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that the pretrial release conditions be modified to remove the electronic monitoring condition. This modification is being requested because Mr. Singh has been on supervised release with electronic monitoring since December 20, 2017. He has been in compliance the entire time, with no violations. A copy of the "Amended Conditions" is attached.

All other conditions of pretrial release are to remain in force and effect.

-1-

IT IS SO STIPULATED.

Dated:  August 20, 2018		Respectfully submitted,


				/s/ Kelly Babineau
				KELLY BABINEAU
				Attorney for Parminder SIngh


Dated: August 20, 2018		/s/ Todd Pickles
				TODD PICKLES
				Assistant U.S. Attorney


Dated: August 20, 2018		/s/ Renee Basurto
				RENEE BASURTO
				U.S. Pretrial Services Officer


## O R D E R

IT IS SO FOUND AND ORDERED this 21st day of August, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

## AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Singh, Parminder
No.: 2:17-CR-0210 MCE
Date: August 20, 2018

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to the Eastern District and Central Districts of California unless otherwise approved in advance by the pretrial services officer;

5. You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must provide documentation to Pretrial Services from Immigration officials authorizing you to obtain lawful employment in the United States;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must not associate or have any contact with co-defendants in this case, or with the defendants in the related case (2:17-CR-187 GEB), unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours.