KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall #801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorneys for PARMINDER SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 17-CR-0210TLN |
| Plaintiff, | ) |
| | ) STIPULATION FOR RETURN OF |
| | ) PASSPORT; [PROPOSED] ORDER |
| | ) |
| v. | ) |
| | ) |
| PARMINDER SINGH | ) Judge: Hon. Jeremy D. Peterson |
| | ) |
| Defendant. | ) |
| _____ | ) |

## STIPULATION

1. Parminder Singh pleaded guilty to one count of 18 U.S.C § 371 (conspiracy to commit bribery) and to one count of 18 U.S.C. § 1028(a)(1). He was sentenced on March 9, 2022, to time served and one year of supervised release.

2. As part of Mr. Singh's conditions of pre-trial release, he surrendered his passport to pretrial services. Pretrial services lodged the passport with the Clerk of the Court on December 20, 2017.

3. Mr. Singh is requesting that his passport now be released.

4. His probation officer does not oppose this request.

5. The United States also does not oppose this request.

-1-

Dated: August 2, 2022                          Respectfully submitted,

/s/Kelly Babineau
By: Kelly Babineau
Attorney for Defendant
PARMINDER SINGH

Dated: August 2, 2022                          /s/ Rosanne Rust
ROSANNE RUST
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   August 3, 2022                          _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE